IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03277-WYD-MJW

JAMES M. POYNTER,

Plaintiff,

v.

APOLLO CREDIT AGENCY, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion for Leave to Appear by Telephone for Initial Scheduling/Planning Conference Set for March 10, 2014 (Docket No. 6) is GRANTED. Plaintiff's counsel is directed to contact the court's chambers (303-844-2403) at the scheduled time.

Date: February 21, 2014