IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03277-WYD-MJW

JAMES M. POYNTER,

Plaintiff,

v.

APOLLO CREDIT AGENCY, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Unopposed Motion for Stay of Proceedings (Docket No. 17) is GRANTED for good cause shown.  This matter is STAYED through May 16, 2014.  Defendant shall file a written status report on or before May 14, 2014.

Date: March 10, 2014