IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03277-WYD-MJW

JAMES M. POYNTER,

Plaintiff,

v.

APOLLO CREDIT AGENCY, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave to Appear by Telephone for Status Conference and a Hearing on Unopposed Motion to Withdraw as Attorney for July 29, 2014 (Docket No. 26) is DENIED. As the court clearly stated in its July 10, 2014 Minute Order (Docket No. 25), both plaintiff's counsel and defendant's counsel are to appear in person.

Date: July 23, 2014